ORDERED UNSEALED on 04/02/2025    s/ BreanneC    SEALED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **25-mj-01526**

(D. Nev. No.: 2:24-CR-229-APG-NJK-1)

The person charged as **TIMOTHY THURTLE** now appears before this United States District Court for an initial appearance as a result of the matter having been filed in the United States District Court for the District of Nevada with a *Petition for Action on Conditions of Pretrial Release* charging Defendant with:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 3148 | Violation of Conditions of Pretrial Release |

The Petition and the Arrest Warrant for the Defendant which was issued by the United States District Court for the District of Nevada are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 1, 2025

_____ (signature)

_____Craig A. Eveland_____ (print)
Deputy U.S. Marshal
United States Marshal's Service

Reviewed and Approved:

Dated: April 1, 2025

_____ (signature)

_____Carlos Arguello_____ (print)
Assistant United States Attorney

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEVADA

U.S.A. vs. TIMOTHY THURTLE                                  Docket No: 2:24-CR-229-APG-NJK-1

Petition for Action on Conditions of Pretrial Release

COMES NOW Samira A. Barlow, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant TIMOTHY THURTLE. The defendant initially appeared on November 12, 2024, before U.S. Magistrate Judge Maximiliano D. Couvillier, III and was ordered released on a personal recognizance bond with the following conditions of release:

1. Submit to supervision by and report for supervision to the U.S. Pretrial Services Office.
2. Continue or actively seek employment.
3. Not possess a firearm, destructive device, or other weapon.
4. Have no contact, directly or indirectly, with known or suspected outlaw motorcycle gang members.

On November 26, 2025, Your Honor modified the defendant's bond by removing the following release condition: Have no contact, directly or indirectly, with known or suspected outlaw motorcycle gang members; and added the following:

Defendant is prohibited from participating with known or suspected outlaw motorcycle gang members outside the purpose and operations of TCB Productions LLC. Such restriction, includes without limitation, associating with known or suspected outlaw motorcycle gang members at social gatherings and/or club events and meetings.

CIRCUMSTANCES

1. On March 8, 2025, the defendant was arrested by the San Diego Police Department in California for the following alleged felony charges: Robbery; Assault with a Deadly Weapon with Force: Possible Great Bodily Injury; Conspiracy to Commit Crime; and Vandalism ($400 or more).
2. On March 8, 2025, the defendant allegedly associated with known or suspected outlaw motorcycle gang members outside the purpose and operations of TCB Productions LLC.

Respectfully presenting petition for action of Court and for cause as follows:

**PRAYING THAT THE COURT WILL ORDER THAT WARRANT BE ISSUED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 11th day of March, 2025 and ordered filed and made a part of the records in the above case.

_____
Honorable Maximiliano D. Couvillier, III
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this __11th__ day of March, 2025.

Respectfully Submitted,

Samira A. Barlow
U.S. Pretrial Services Officer
Place: Las Vegas, Nevada

SUE FAHAMI
Acting United States Attorney
District of Nevada
LAUREN IBANEZ
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:24-CR-229-APG-NJK-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| TIMOTHY THURTLE | ) | PRETRIAL RELEASE |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Samira A. Barlow, U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 11th day of March, 2025.

SUE FAHAMI
Acting United States Attorney

By __/S/_____
LAUREN IBANEZ
Assistant U. S. Attorney

PS 8
(Revised 12/04)

1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3  LAUREN M. IBANEZ
   Assistant United States Attorney
4  501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
6  Lauren.Ibanez@usdoj.gov
7  *Attorneys for the United States*

```
                    FILED            RECEIVED
                    ENTERED          SERVED ON
                              COUNSEL/PARTIES OF RECORD

                         OCT - 8 2024

                      CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
                  BY:                          DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SEALED**<br>**CRIMINAL INDICMENT** |
| Plaintiff, | |
| vs. | Case No.: 2:24-cr-0229-HPG-NJK |
| TIMOTHY THURTLE, | VIOLATION: |
| Defendant. | Count One:<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8) –<br>Possession of a Firearm by a Prohibited Person |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Possession of a Firearm by a Prohibited Person*

On or about April 10, 2024, in the State and Federal District of Nevada,

**TIMOTHY THURTLE,**

defendant herein, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: *Theft*, on or about March 22, 2004, in Clark County, Nevada under case number C178292; and *Assault with a Deadly Weapon*, on or about June 5, 2007, in Clark County, Nevada under case number C230919; did knowingly possess a firearm,

1

to wit: Springfield Armory Hellcat, 9mm pistol bearing serial number: BY257031, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

DATED: this 8th day of October, 2024.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

*[signature]*

LAUREN M. IBANEZ
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

REC'D USMS D/NV
2025 MAR 11 PM 03:40

*1172 5635*

United States of America
v.
Timothy THURTLE

Case No. 2:24-CR-229-APG-NJK-1

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Timothy THURTLE
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Petition for Action on Conditions of Pretrial Release

Date: 3/11/2025

*Issuing officer's signature*

Hon. Maximiliano D. Couvillier III, United States Magistrate Judge

*Printed name and title*

City and state:   Las Vegas, Nevada

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*